UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DALE MCMANN and JANICE MCMANN, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>AIR & LIQUID SYSTEMS CORP., et al.,<br><br>Defendants. | NO. 2:14-cv-00281-RSM<br><br>ORDER GRANTING CRANE CO.'S MOTION FOR SUMMARY JUDGMENT |

This matter comes before the Court on Defendant Crane Co.'s Motion for Summary Judgment. Dkt. #165. Crane Co. seeks dismissal of the claims against it on four bases: 1) that there is no evidence Dale McMann ever worked with material containing asbestos manufactured, sold or specified for use by Crane Co.; 2) that Plaintiffs have failed to establish that Crane Co. owed any duty to warn to Mr. McMann; 3) that Plaintiffs have failed to establish that any asbestos-containing material manufactured, sold or specified for use by Crane Co. was a substantial factor in causing Mr. McMann's disease; and 4) that Plaintiffs have offered no evidence to support their remaining claims. *Id.* Plaintiffs have failed to respond to the motion. "If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rule CR 7(b)(2).

ORDER - 1

The Court has reviewed the motion and supporting declarations, and finds the motion has merit. The Court also deems Plaintiff's failure to respond to the motion as an admission of the same. Accordingly, the Court hereby finds and ORDERS:

1. Crane Co.'s Motion for Summary Judgment (Dkt. #165) is GRANTED and all claims against it are DISMISSED with prejudice.
2. Crane Co. is dismissed as a party to this action.

DATED this 25th day of November, 2014.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE